Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

IN RE:

Janet A Gomez

DEBTOR

) CHAPTER 13
) CASE NO. SV10-13434-MT
)
) **ORDER DISMISSING CHAPTER 13
) PETITION DUE TO FAILURE OF
) DEBTOR(S) TO APPEAR AT THE 341(a)
) MEETING OF CREDITORS AND/OR TO
) MAKE PRE-CONFIRMATION
) PAYMENTS**

Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed appear at the same and/or having failed to make the required pre-confirmation payments, and good cause appearing, it is therefore,

ORDERED:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and

2. That the petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: JUN - 2 2010

*Maureen Tighe*

Maureen Tighe
U. S. Bankruptcy Judge

**ENTERED** JUN - 2 2010

**FILED** JUN - 2 2010

1  Elizabeth Rojas, Chapter 13 Trustee
   15060 Ventura Blvd., Suite 240
2  Sherman Oaks, CA 91403
   (818) 933-5700  Fax: (818) 933-5755
3

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                              )  CHAPTER 13
                                    )  CASE NO. SV10-13434-MT
Janet A Gomez                       )
                                    )
                                    )  **PROOF OF SERVICE BY MAIL**
                                    )
                      DEBTOR        )
_____)

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 5/28/2010 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRE CONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Janet A Gomez                       Ms. Jennifer Braun
13723 Jouett St                     Assistant United States Trustee
Pacoima, CA 91331                   Department of Justice
                                    21051 Warner Center Lane, #115
                                    Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on May 28, 2010.

*Gisele Dorsey* (signature)
_____
Gisele Dorsey

Case No. SV10-13434-MT